for petitioner. *Messrs. Charles Neave, Albert L. Ely,* and *Leonard S. Lyon* for respondents.

No. 115. HAMMOND CLOCK Co. *v.* SCHIFF. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Clifford C. Bradbury* for petitioner. *Mr. Alvin E. Stein* for respondent.

No. 120. UNITED STATES *v.* GUARANTY TRUST COMPANY OF NEW YORK. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for the United States. *Messrs. John W. Davis* and *Theodore Kiendl* for respondent.

No. 125. MCLAUGHLIN, COLLECTOR OF INTERNAL REVENUE, *v.* PACIFIC LUMBER Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. F. D. Madison, Alfred Sutro, Felix T. Smith, V. K. Butler,* and *Claude R. Branch* for respondent.

No. 127. GREGORY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Hugh Satterlee, Rollin Browne, Charles A. Roberts,* and *George W. Saam* for petitioner. *Solicitor General Biggs* for respondent.